IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WILLIAM PATRICK CUNE** | ) | Case No. 16-31409 |
| And SALLIE ANN CUNE, | ) | |
| | ) | |
| Debtors. | ) | |

## REPORT OF VOTING ON PLAN OF REORGANIZATION

The above-named debtors, by and through the undersigned counsel, respectfully submit the following as a report of ballots received for each class of claims and interest holders entitled to vote and included in the *Plan of Reorganization*:

| Class | Creditor Name | Amount of Claim | Vote |
|---|---|---|---|
| 6 | Merck Sharp & Dohme Federal Credit Union | $8,066.91 | ACCEPTS |
| 7 | Merck Sharp & Dohme Federal Credit Union | $24,025.00 | ACCEPTS |
| 11 | Merck Sharp & Dohme Federal Credit Union | $5,168.05 | ACCEPTS |
| **Class Summary** | | **Number** | **Amount** |
| **Class 1** | No Ballots Cast | | |
| **Class 2** | No Ballots Cast | | |
| **Class 3** | No Ballots Cast | | |
| **Class 4** | No Ballots Cast | | |
| **Class 5** | No Ballots Cast | | |
| **Class 6** | Total Acceptances | 1 | $8,066.91 |
| | Total Rejections | 0 | |
| **Class 7** | Total Acceptances | 1 | $24,025.00 |
| | Total Rejections | 0 | |
| **Class 8** | No Ballots Cast | | |
| **Class 9** | No Ballots Cast | | |
| **Class 10** | No Ballots Cast | | |
| **Class 11** | Total Acceptances | 1 | $5,168.05 |
| | Total Rejections | 0 | |
| **Class 12** | No Ballots Cast | | |

MWH: 10357.001; 00017338.1

From the foregoing, it is respectfully submitted that the Plan Proponent has received the requisite acceptances for confirmation of its Plan of Reorganization.  Attached hereto as **Exhibit A** are true and correct copies of the ballots cast on the Plan of Reorganization.

This the 21st day of April, 2017.

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone:  (704) 944-6560
*Counsel for the Debtors*

MWH: 10357.001; 00017338.1